IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMAHRA HICKS,

    Plaintiff,

v.

ED SCHAFER, Secretary of Agriculture,

    Defendant.

No. C 08-04960 CRB

**ORDER OF REFERRAL**

Plaintiff has filed an application to proceed *in forma pauperis* with respect to her employment discrimination complaint against the Department of Agriculture. Her complaint discloses that this action may be related to another employment discrimination pending before the Honorable Maxine Chesney, Hicks v. Johanns, 07-112 MMC. Accordingly, pursuant to Civil Local Rule 3-12(c), plaintiff's application and complaint are referred to Judge Chesney for consideration of whether the cases are related and this case should be reassigned.

**IT IS SO ORDERED.**

Dated: Nov. 14, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\4960\orderofreferral.wpd