IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAHRA HICKS,<br><br>        Plaintiff<br>  v.<br><br>ED SCHAFER,<br><br>        Defendant<br>_____/ | No. C-08-4960 MMC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On November 20, 2008, the Court denied plaintiff's application to proceed in forma pauperis in the above-titled action, and ordered her to pay the filing fee no later than December 16, 2008. The Court advised plaintiff that failure to pay the filing fee by December 16, 2008 would result in dismissal of the action without prejudice. To date, plaintiff has not paid the filing fee.

Accordingly, the above-titled action is hereby DISMISSED, without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 6, 2009

                                        MAXINE M. CHESNEY
                                        United States District Judge